**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| _____ ) | |
| D.L., by and through his next friend, ) | |
| Lisa Lampkin et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.0:10-cv-61902-KMM |
| v. ) | |
| ) | |
| YOUTH SERVICES INTERNATIONAL, ) | |
| INC., FRANK PETERMAN, JR., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFFS' MOTION TO COMPEL RESPONSES TO FIRST REQUESTS FOR PRODUCTION

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B) and Local Rule 26.1(h)(2), Plaintiffs move the Court for an order compelling Defendants Youth Services International ("YSI"), Craig Ferguson, Ronald Pressley, and Farouto Augustine ("Private Defendants") to produce for inspection and copying those documents and things sought in Plaintiffs' First Request for Production. The Defendants have made timely, but inadequate objections to this Request. The Plaintiffs set forth and treat these objections in turn, in the accompanying memorandum of law.

In accordance with Federal Rule of Civil Procedure 37(a)(1), and Local Rule 7.1(a)(3) counsel hereby certifies that the Plaintiffs have conferred in good faith with the Defendants in an effort to secure the disclosures sought without Court action but has been unable to do so.

The Plaintiffs also request the award of the expenses of this motion, including a reasonable attorney's fee, in accordance with Fed. R. Civ. P. 37(a)(5).

This motion is supported by the accompanying memorandum of law, which is incorporated herein by reference.

Date:   March 18, 2011                          Respectfully submitted,

                                                _/s/ Matthew Farmer_____
                                                Matthew Farmer, Florida Bar Number: 0793469
                                                **Farmer & Fitzgerald, P.A.**
                                                708 East Jackson St.
                                                Tampa, FL 33602
                                                Telephone: 813-228-0095
                                                Facsimile: 813-224-0269
                                                Email: mattfarmer1@aol.com

                                                Vanessa Carroll, Mississippi Bar Number:  102736*
                                                David Utter, Georgia Bar Number:  723144*
                                                **Southern Poverty Law Center**
                                                3000 Biscayne Blvd., Suite 212
                                                Miami, FL 33137
                                                Phone: 786-347-2056
                                                Facsimile: 786-237-2949
                                                Email: vanessa.carroll@splcenter.org
                                                * Appearing *pro hac vice*

                                                Lewis J. Conwell, Florida Bar No. 0813450
                                                Angela J. Crawford, Florida Bar No. 43611
                                                E. Colin Thompson, Florida Bar No. 684929
                                                **DLA Piper, LLP (US)**
                                                100 North Tampa St., Suite 2200
                                                Tampa, FL 33602
                                                Telephone:  813-229-2111
                                                Facsimile:  813-229-1447
                                                Email:  lewis.conwell@dlapiper.com
                                                        angela.crawford@dlapiper.com
                                                        colin.thompson@dlapiper.com

2

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 18, 2011, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is

being served this day on all counsel of record or pro se parties identified on the attached service

via transmission of Notices of Electronic Filing generated by CM/ECF.

By:     ___/s/ Matthew Farmer___

## SERVICE LIST

**Attorneys for Plaintiffs:**

Matthew Farmer
**FARMER AND FITZGERALD, P.A.**
708 East Jackson Street
Tampa, FL 33602
Telephone: 813-228-0095
Facsimile: 813-224-0269
Email: mattfarmer1@aol.com

Vanessa Carroll
David Utter
**SOUTHERN POVERTY LAW CENTER**
3000 Biscayne Blvd., Suite #212
Miami, FL 33137
Phone: 786-347-2056
Facsimile: 786-237-2949
Email: vanessa.carroll@splcenter.org
david.utter@splcenter.org

Jody Owens
**SOUTHERN POVERTY LAW CENTER**
921 N. President St.
Jackson, MS 39202
Telephone: 601-948-8882
Facsimile: 601-948-8885
Email: jody.owens@splcenter.org

Lewis J. Conwell
Angela J. Crawford
E. Colin Thompson
Stephanie Adams
Michael Sevi
**DLA PIPER, LLP (US)**
100 North Tampa St., Suite 2200
Tampa, FL 33602
Telephone:  813-229-2111
Facsimile:  813-229-1447
Email:  lewis.conwell@dlapiper.com
angela.crawford@dlapiper.com
colin.thompson@dlapiper.com
stephanie.adams@dlapiper.com
michael.sevi@dlapiper.com

**Attorneys for Defendants Youth Services
International, Inc., Craig Ferguson,
Mr. Augustine, and Mr. Pressley**

Tod Aronovitz
L. Elijah Stiers
**ARONOVITZ LAW**
777 Brickell Avenue, Suite 850
Miami, FL 33131
Telephone: 305-372-2772
Facsimile: 305-397-1886
Email: ta@aronovitzlaw.com
es@aronovitzlaw.com

**Attorney for Defendant
Frank Peterman, Jr.**

Christopher Whitelock
**WHITELOCK & ASSOCIATES, P.A.**
300 Southeast Thirteenth St.
Ft. Lauderdale, FL 33316
Telephone: 954-463-2001
Facsimile: 954-463-0410
cjw@whitelocklegal.com