IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

D.L., by and through his next friend,
Lisa Lampkin et al.,

          Plaintifs,

KMM
v.

YOUTH SERVICES INTERNATIONAL,
INC., et al.,

          Defendants.
_____/

Case No.0:10-cv-61902-

FILED by _PP_ D.C.
MAY 10 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was successfully mediated on April 27, 2011. The parties have reached an agreement in principle and are in the process of finalizing a settlement agreement. The attorneys of record will be forwarding you the appropriate dismissal documents within the next several days.

Please note that the attorneys have done an outstanding job in achieving resolution of this case while representing the best interests of their clients.

I appreciate the opportunity to have been of assistance to the parties, their counsel, and the Court.

Respectfully submitted,

_[signature]_
Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this May 5, 2011, to the following:

Mathew Farmer, Esquire
Farmer and Fitzgerald, P.A.
708 East Jackson Street
Tampa, FL 33602
813-228-0095 / 813-224-0269

Tod Aronovitz, Esquire
L. Elijah Stiers, Esquire
Aronovitz Law
777 Brickell Avenue, Suite 850
Miami, FL 33131
305-372-2772 / 305-397-1886

Vanessa Carroll, Esquire
David Utter, Esquire
Southern Poverty Law Center
4770 Biscayne Boulevard, Suite 760
Miami, FL 33137
786-347-2056 / 786-237-2949

Jody Owens, Esquire
Southern Poverty Law Center
921 N. President Street
Jackson, MS 39202
601-948-8882 / 601-948-8885

Kristie L. Graunke, Esquire
Southern Poverty Law Center
233 Peachtree Street, NE, Suite 2150
Atlanta, GA 30303
404-221-5844 / 404-221-5857

Lewis J. Conwell, Esquire
Angela J. Crawford, Esquire
E. Colin Thompson, Esquire
Stephanie Adams, Esquire
Michael Sevi, Esquire
DLA Piper, LLP
100 N. Tampa, Suite 2200
Tampa, FL 33602-5809
813-222-5935 / 813-371-1161

_____
RODNEY A. MAX