IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| D.L., by and through his next friend, Lisa Lampkin et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No.0:10-cv-61902-KMM ) ) |
| YOUTH SERVICES INTERNATIONAL, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

### PLAINTIFFS' RECOMMENDATION OF GUARDIAN AD LITEM FOR PLAINTIFF D.B.2 AND MOTION FOR CLARIFICATION

Plaintiffs respectfully request that this Court accept Plaintiffs' recommendation of Kira Elise Willig, Esquire, to serve as guardian ad litem for D.B.2 in this matter. Ms. Willig is an attorney with the Law Offices of Robert J. Hanreck, PA, and is certified by the Florida Supreme Court as a Family Mediator. Ms. Willig regularly receives appointments to serve as a guardian ad litem for children in the family and domestic violence divisions in the 11th Judicial Circuit. Ms. Willig is also an adjunct faculty member at the University of Miami School of Law. Plaintiffs' counsel has spoken to Ms. Willig, and Ms. Willig has agreed to serve pro bono as guardian ad litem for D.B.2 in this matter. Plaintiffs attach documentation of Ms. Willig's qualifications and experience as Exhibit A to this Recommendation.

Counsel for Plaintiffs has conferred with counsel for Defendants with regard to Ms. Willig's appointment, and Defendants have not voiced opposition to Plaintiffs' selection of Ms.

Willig. Defendants requested that Plaintiffs note, however, that Defendants initially proposed an alternative choice for guardian ad litem.

Additionally, Plaintiffs, by and through undersigned counsel and pursuant to S.D. Fla. L.R. 7.1, hereby move the Court for clarification as to the guardian ad litem's responsibilities. Plaintiffs respectfully request that the Court set a deadline for completion of Ms. Willig's duties, which Plaintiffs understand to involve approval of the settlement agreement as it relates to D.B.2., and maintain jurisdiction until Ms. Willig completes her responsibilities.  Because D.B.2 is the only Plaintiff who requires a guardian ad litem, Plaintiffs also respectfully request that the Joint Stipulation of Voluntary Dismissal with Prejudice (ECF 156) be granted as it relates to Plaintiffs D.L., D.B.1, T.P. and C.L. now, so that these Plaintiffs do not have to await the approval of D.B.2's settlement to receive the benefits due them under the parties' settlement agreement.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiffs hereby certifies that counsel has conferred with counsel for Defendants regarding this recommendation and the relief sought in this Motion in a good faith effort to resolve the issues raised herein, and counsel for Defendants have no objection to the recommendation of Ms. Willig. Counsel for Plaintiffs and Defendants have been unable to agree on the issue of whether the Court should dismiss this matter as to all parties, and counsel for Defendants oppose Plaintiffs' request that this Court maintain jurisdiction over the matter as it relates to D.B.2.

WHEREFORE, Plaintiffs respectfully ask that this Court to accept Plaintiffs' recommendation of Kira Elise Willig, Esq., to serve as guardian ad litem for D.B.2 , to clarify

the requirements of the guardian ad litem and to dismiss this matter as it relates to D.L., D.B.1, T.P. and C.L.

Date:  September 6, 2011               Respectfully submitted,

  /s/Miriam Haskell
Miriam Haskell, Florida Bar No. 069033
Vanessa Carroll, Mississippi Bar Number:  102736*
David Utter, Georgia Bar Number:  723144*
Southern Poverty Law Center
4770 Biscayne Boulevard, Suite 760
Miami, FL 33137
Phone: 786-347-2056
Facsimile: 786-237-2949
Email: miriam.haskell@splcenter.org
           vanessa.carroll@splcenter.org
           david.utter@splcenter.org
* Appearing *pro hac vice*

Jody Owens, MS Bar No. 10233*
Southern Poverty Law Center
921 N. President St.
Jackson, MS 39202
Telephone: 601-948-8882
Facsimile: 601-948-8885
Email: jody.owens@splcenter.org
*Appearing *pro hac vice*

Kristi L. Graunke. GA Bar No. 305653*
Southern Poverty Law Center
233 Peachtree St., NE, Suite 2150
Atlanta, GA 31303
Telephone: (404) 221-5844
Facsimile: (404) 221-5857
Email: kristi.graunke@splcenter.org
*Appearing *pro hac vice*

Matthew Farmer, Florida Bar Number: 0793469
Farmer & Fitzgerald, P.A.
708 East Jackson St.
Tampa, FL 33602
Telephone: 813-228-0095
Facsimile: 813-224-0269
Email: mattfarmer1@aol.com

3

        Lewis J. Conwell, Florida Bar No. 0813450
        Angela J. Crawford, Florida Bar No. 43611
        E. Colin Thompson, Florida Bar No. 684929
        Stephanie Adams, Florida Bar No. 40548
        DLA Piper, LLP (US)
        100 North Tampa St., Suite 2200
        Tampa, FL 33602
        Telephone: 813-229-2111
        Facsimile: 813-229-1447
        Email: lewis.conwell@dlapiper.com
              angela.crawford@dlapiper.com
              colin.thompson@dlapiper.com
              stephanie.adams@dlapiper.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service via transmission of Notices of Electronic Filing generated by CM/ECF.

By: ___/s/Miriam Haskell_____
Miriam Haskell, Esq.

**SERVICE LIST**

**Attorneys for Plaintiffs:**

Matthew Farmer
**FARMER AND FITZGERALD, P.A.**
708 East Jackson Street
Tampa, FL 33602
Telephone: 813-228-0095
Facsimile: 813-224-0269
Email: mattfarmer1@aol.com

Miriam Haskell
Vanessa Carroll
David Utter
**SOUTHERN POVERTY LAW CENTER**
4770 Biscayne Blvd., Suite #760
Miami, FL 33137
Telephone: 786-347-2056
Facsimile: 786-237-2949
Email: miriam.haskell@splcenter.org
         vcarroll@splcenter.org
         david.utter@splcenter.org

Jody Owens
**SOUTHERN POVERTY LAW CENTER**
921 N. President St.
Jackson, MS 39202
Telephone: 601-948-8882
Facsimile: 601-948-8885
Email: jody.owens@splcenter.org

Kristi L. Graunke
**SOUTHERN POVERTY LAW CENTER**
233 Peachtree St. NE, Suite 2150
Atlanta, GA 30303
Telephone: (404) 221-5844
Facsimile: (404) 221-5857
Email: kristi.graunke@splcenter.org

**Lewis J. Conwell**
**Angela J. Crawford**
**E. Colin Thompson**
**Stephanie Adams**
**DLA PIPER, LLP (US)**
**100 North Tampa St., Suite 2200**
**Tampa, FL 33602**
**Telephone: 813-229-2111**
**Facsimile: 813-229-1447**
**Email:** lewis.conwell@dlapiper.com
         angela.crawford@dlapiper.com
         colin.thompson@dlapiper.com
         stephanie.adams@dlapiper.com

**Attorneys for Defendants Youth Services International, Inc., Craig Ferguson, Mr. Augustine, and Mr. Pressley**

Tod Aronovitz
L. Elijah Stiers
**ARONOVITZ LAW**
2 South Biscayne Boulevard
One Biscayne Tower, Suite 2630
Miami, Florida 33131
Telephone: 305-372-2772
Facsimile: 305-397-1886
Email: ta@aronovitzlaw.com
        es@aronovitzlaw.com

6